UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARRYL JACKSON
_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

JOHN VISVARDIS #7176

MARTIN LEUENBERGER #3259

MELISSA MALM #7775

TOM DART

JODY WEIS
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

RECEIVED
12-31-2008
DEC 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No: ___08 C 7382___
(To be supplied by the <u>Clerk of this Court</u>)

08 CV 7382

CHECK ONE ONLY:        AMENDED
                       _____

___√___   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: DARRYL JACKSON

B. List all aliases: N/A

C. Prisoner identification number: 20070023316

D. Place of present confinement: COOK COUNTY JAIL

E. Address: P.O. BOX 089002, CHICAGO, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: JOHN VISVARDIS

Title: COOK COUNTY DEPUTY SHERIFF

Place of Employment: COOK COUNTY JAIL

B. Defendant: MARTIN LEUENBERGER

Title: CHICAGO POLICE OFFICER

Place of Employment: 15th DISTRICT CHICAGO POLICE DEPT.

C. Defendant: MELISSA MALM

Title: CHICAGO POLICE OFFICER

Place of Employment: 15th DISTRICT CHICAGO POLICE DEPT.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I. **Plaintiff(s):**

   A.  Name: DARRYL JACKSON

   B.  List all aliases: N/A

   C.  Prisoner identification number: 200700 23316

   D.  Place of present confinement: COOK COUNTY JAIL

   E.  Address: P.O. BOX 089002, CHICAGO, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: TOM DART

      Title: COOK COUNTY SHERRIFF

      Place of Employment: COOK COUNTY SHERRIFF DEPT.

   B.  Defendant: JODY WEIS

      Title: CHICAGO POLICE SUPERINTENDENT

      Place of Employment: CHICAGO POLICE DEPT. HEADQUARTERS

   C.  Defendant: _____

      Title: _____

      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

## I. JURISDICTION AND VENUE (B)

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER THE COVER OF OFFICIAL RIGHT AND THE APPEARANCE AND COLOR OF STATE LAW AND/OR STATE STATUE, OF CIVIL RIGHTS RETAINED AND SECURED BY THE CONSTITUTIONS OF BOTH THE UNITED STATES AND THE STATE OF ILLINOIS. THIS COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343(A)(3). THIS COURT HAS SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS UNDER 28 U.S.C. SECTION 1367. PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202.

2. THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, IS AS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFF (C)

3. PLAINTIFF, DARRYL JACKSON, SUI JURIS, A NATIVE AFRICAN-AMERICAN SOVEREIGN NATIONAL OF THE UNITED STATES, AND THE ILLINOIS REPUBLIC, IS AND WAS AT ALL TIMES MENTIONED HEREIN IN THE CITY OF CHICAGO AND THE COUNTY OF COOK. HE IS CURRENTLY CONFINED IN THE COOK COUNTY JAIL, IN CHICAGO, ILLINOIS.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 08 C 2739
DARRYL JACKSON V. ROD BLAGOJEVICH

B. Approximate date of filing lawsuit: 5-12-08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
DARRYL JACKSON

D. List all defendants: SEE ATTACHED LIST OF DEFENDANTS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT

F. Name of judge to whom case was assigned: JUDGE ROBERT W. GETTLEMAN

G. Basic claim made: THAT THE PENDING PROSECUTION FOR ROBBERY IS ILLEGAL BECAUSE I EXPATRIATED MYSELF FROM UNDER THE JURISDICTION OF THE STATE OF ILLINOIS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED AND WAS NOT APPEALED

I. Approximate date of disposition: 6-4-08

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

# III. LAWSUIT PREVIOUSLY FILED

## THIS IS ATTACHED LIST OF DEFENDANTS

1. MICHAEL BROWN
2. LAURA SULLIVAN
3. RICHARD DALEY
4. JODY WEIS
5. RICHARD DEVINE
6. LISA MADIGAN
7. TOM DART
8. JOHN VISVARDIS
9. LORRAINE SCADUTO
10. EDWIN BURNETTE
11. WILLIAM WOELKERS
12. LORNE GOLELICK
13. VERN SCHLEYER
14. JAMES TANSEY
15. DANIEL GROTH
16. MARTIN LEUENBERGER
17. MELISSA MALM
18. RODRIGO ESPINOZA
19. GREGORY KLIMASZEWSKI
20. WILLIAM M. HENEGHAN
21. RALPH BENAVIDES
22. DET. LORENZO #20123
23. OFFICER ROBERTSON #17079
24. OFFICER YOUNG #9277
25. SGT. HAYMAKER #2532
26. CARL HATTULA #20516
27. OFFICER PELLERANO #19165

III. LAWSUIT PREVIOUSLY FILED

A. NAME OF CASE AND DOCKET NUMBER: DOCKET NUMBER UNKNOWN
DARRYL JACKSON V. WARDEN OF MENARD CORRECTIONAL CENTER

B. APPROXIMATE DATE OF FILING LAWSUIT: SOME TIME IN 1997

C. LIST ALL PLAINTIFFS: DARRYL JACKSON

D. LIST ALL DEFENDANTS: I DON'T REMEMBER THE OTHER DEFENDANTS

E. COURT IN WHICH THE LAWSUIT WAS FILED: NORTHERN DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: UNKNOWN

G. BASIC CLAIM MADE: UNSANITARY LIVING CONDITIONS

H. DISPOSITION OF THIS CASE: SETTLED OUT OF COURT

I. APPROXIMATE DATE OF DISPOSITION: SOME TIME IN 1999

## III. LAWSUIT PREVIOUSLY FILED

A. NAME OF CASE AND DOCKET NUMBER: DOCKET NUMBER UNKNOWN
DARRYL JACKSON V. COOK COUNTY JAIL

B. APPROXIMATE DATE OF FILING LAWSUIT: SOME TIME IN 1993

C. LIST ALL PLAINTIFFS: DARRYL JACKSON

D. LIST ALL DEFENDANTS: COOK COUNTY SHERRIFF
I DON'T REMEMBER OTHER DEFENDANTS

E. COURT IN WHICH THE LAWSUIT WAS FILED: NORTHERN DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: UNKNOWN

G. BASIC CLAIM MADE: FAILURE TO PROTECT FROM OTHER INMATES

H. DISPOSITION OF THIS CASE: SETTLED OUT OF COURT

I. APPROXIMATE DATE OF DISPOSITION: SOME TIME IN 1996

## III. Defendants (Δ)

4. Defendant(s), JOHN VISVARDIS, is a Cook County Deputy Sherriff. He is legally and personally responsible for subjecting the Plaintiff to a warrantless malicious arrest, search, and seizure at gun-point without statutory authority, probable cause, or any other legal justification.

5. Defendant(s), MARTIN LEUENBERGER, is a Chicago Police Officer. He is legally and personally responsible for subjecting the Plaintiff to a warrantless malicious arrest, search, and seizure at gun-point without any probable cause or legal justification.

6. Defendant(s), MELISSA MALM, is a Chicago Police Officer. She is legally and personally responsible for subjecting the Plaintiff to a warrantless malicious arrest, search, and seizure at gun-point without any probable cause or legal justification.

7. Defendant(s), TOM DART, is the Cook County Sherriff. He is vicariously liable under the principles of respondeat superior because he was grossly negligent in his failure to adequately train, manage, supervise, and discipline his officers and created the policy or custom that violated the Plaintiff's Fourth Amendment right.

8. DEFENDANT(S), JODY WEIS, IS THE CHICAGO POLICE SUPERINTENDENT. HE IS VICARIOUSLY LIABLE UNDER THE PRINCIPLES OF RESPONDEAT SUPERIOR BECAUSE HE WAS GROSSLY NEGLIGENT IN HIS FAILURE TO ADEQUATELY TRAIN, MANAGE, SUPERVISE, AND DISCIPLINE HIS OFFICERS AND CREATED THE POLICY OR CUSTOM THAT VIOLATED THE PLAINTIFF'S FOURTH AMENDMENT RIGHT.

9. EACH DEFENDANT IS SUED INDIVIDUALLY IN THEIR INDIVIDUAL CAPACITY AND IN HIS OR HER OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COVER OF OFFICIAL RIGHT AND THE APPENANCE AND COLOR OF STATE LAW AND / OR STATE STATUE.

# IV. FACTS (E)

1. THAT ON JANUARY 31, 2007, OFF-DUTY DEPUTY SHERIFF JOHN VISVARDIS IN AN UNMARKED BLACK TRUCK AND PLAINCLOTHES ACTED WITH MALICE TO VIOLATE THE FOURTH AMENDMENT BY SUBJECTING THE PLAINTIFF TO AN UNLAWFUL WARRANTLESS MALICIOUS ARREST THROUGH THE USE OF A FIREARM DESPITE THE FACT THAT HE LACKED OFFICIAL PEACE OFFICER AUTHORITY TO EFFECTUATE A WARRANTLESS ARREST THROUGH THE USE OF THE POWER OF HIS OFFICE WITH A FIREARM. BECAUSE SUCH ASSERTION OF PEACE OFFICER AUTHORITY IS NOT AVAILABLE TO ORDINARY CITIZENS; THEREFORE, SAID ARREST CANNOT BE LEGITIMIZED AS A PRIVATE CITIZEN'S ARREST AND AS A DIRECT RESULT OF HIS POLICE MISCONDUCT THE PLAINTIFF HAS SUFFERED BOTH GREAT AND IRREPARABLE MENTAL AND EMOTIONAL INJURY.

2. THAT THE PLAINTIFF WAS DOING NOTHING UNUSUAL AT THE TIME OF SAID ARREST AND OFF-DUTY DEPUTY SHERIFF JOHN VISVARDIS NEITHER POSSESSED JURISDICTION WHILE OFF-DUTY TO ACT IN HIS OFFICIAL CAPACITY TO USE A FIREARM TO EFFECTUATE A WARRANTLESS MALICIOUS ARREST, WARRANTLESS MALICIOUS SEARCH AND SEIZURE OF THE PLAINTIFF'S PERSON OR UNITED STATES CURRENCY NOR DID HE POSSESS A WARRANT TO ARREST, SEARCH, AND SEIZE THE PLAINTIFF OR HIS UNITED STATES CURRENCY NOR DID HE RECEIVE ANY INFORMATION OVER THE RADIO THAT THE PLAINTIFF HAD BEEN PREVIOUSLY OR WAS CURRENTLY INVOLVED IN ANY CRIMINAL ACTIVITY NOR DID HE OBSERVED THE PLAINTIFF VIOLATE ANY LAW.

3. THAT NEITHER THE PLAINTIFF FREE EXERCISE, "AT TOP SPEED," OF HIS PERSONAL CONSTITUTIONAL RIGHT TO RUN DOWN THE STREET FREE FROM UNREASONABLE SEARCHES AND SEIZURES NOR HIS FLIGHT UPON APPROACH OF OFF-DUTY DEPUTY SHERRIFF JOHN VISVARDIS IN AN UNMARKED BLACK TRUCK

AND PLAINCLOTHES, WHO NEVER ANNOUNCED HIS OFFICE WAS SUFFICIENT TO JUSTIFY A TERRY STOP OR A WARRANTLESS ARREST, SEARCH, AND SEIZURE OF THE PLAINTIFF PERSON AT GUN-POINT WITHOUT ANY PROBABLE CAUSE OR LEGAL JUSTIFICATION

4. THAT THE ARREST WAS AN UNREASONABLE SEIZURE AS CONTEMPLATED BY THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

5. THE ARREST, SEARCH, AND SEIZURE WERE MADE IN VIOLATION OF THE PLAINTIFF'S RIGHTS UNDER THE BILL OF RIGHTS OF THE UNITED STATES CONSTITUTION AND SECTION ONE, TWO, SIX, TEN, AND 24 OF ARTICLE 1 OF THE CONSTITUTION OF THE STATE OF ILLINOIS, CHAPTER 725 ILCS 5/108-1; 725 ILCS 5/107-4(A)(2)(3)(4)(A-3-2).

6. THAT ON JANUARY 31, 2007, OFF-DUTY DEPUTY SHERIFF JOHN VISVARDIS SEIZED $450.00 IN UNITED STATES CURRENCY WITHOUT A SEARCH WARRANT, PROBABLE CAUSE, OR ANY OTHER LEGAL JUSTIFICATION AND AS A DIRECT RESULT OF HIS POLICE MISCONDUCT THE PLAINTIFF HAS SUFFERED BOTH GREAT AND IRREPARABLE MENTAL AND EMOTIONAL INJURY.

7. THE SEARCH AND SEIZURE COMPLAINED OF ON JANUARY 31, 2007, WAS UNREASONABLE AND IN VIOLATION OF THE FOURTH AMENDMENT RIGHTS OF THE PLAINTIFF, AND AS SUCH, THE PLAINTIFF IS ENTITLED TO RECOVER ANY AND ALL UNITED STATES CURRENCY SEIZED THEREUNDER. FED. RULES CRIM. PROC. RULE 41(e), 18 U.S.C.A., IL. CONST. ART. 1 SEC. 12

8. THAT ON JANUARY 31, 2007, BOTH CHICAGO POLICE OFFICERS MARTIN LEUENBERGER AND MELISSA MALM SUBJECTED THE PLAINTIFF TO AN UNLAWFUL WARRANTLESS MALICIOUS ARREST, SEARCH, AND SEIZURE AT GUN-POINT WITHOUT ANY PROBABLE CAUSE OR ANY OTHER LEGAL JUSTIFICATION. AND AS A DIRECT RESULT OF SAID OFFICERS POLICE MISCONDUCT THE PLAINTIFF HAS SUFFERED BOTH GREAT AND IRREPARABLE MENTAL AND EMOTIONAL INJURY.

9. THAT THE INFORMATION RECEIVED OVER THE RADIO BY BOTH CHICAGO POLICE OFFICERS MARTIN LEUENBERGER AND MELISSA MALM OF A MASK MAN INVOLVED IN CRIMINAL ACTIVITY WAS INSUFFICIENT TO JUSTIFY A TERRY STOP OR A WARRANTLESS ARREST, SEARCH, AND SEIZURE OF THE PLAINTIFF'S PERSON AT GUN-POINT. BECAUSE THE CHICAGO POLICE OFFICER THAT ISSUED THE RADIO BULLETIN DID NOT POSSESS FACTS THAT WOULD HAVE JUSTIFIED A TERRY STOP OR WARRANTLESS ARREST, SEARCH, AND SEIZURE OF THE PLAINTIFF'S PERSON AT GUN-POINT WITHOUT ANY PROBABLE CAUSE OR LEGAL JUSTIFICATION WHEREBY THE PLAINTIFF WAS NOT WEARING A MASK NOR WAS ANY MASK FOUND IN HIS POSSESSION AT THE SAID TIME OF ARREST WITHIN MINUTES OF THE ALLEGED CRIMINAL ACTIVITY.

10. THAT THE ARREST WAS AN UNREASONABLE SEIZURE AS CONTEMPLATED BY THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

11. THE ARREST, SEARCH, AND SEIZURE WERE MADE IN VIOLATION OF THE PLAINTIFF'S RIGHTS UNDER THE BILL OF RIGHTS OF THE UNITED STATES CONSTITUTION AND SECTION ONE, TWO, SIX, TEN, AND 24 OF ARTICLE 1 OF THE CONSTITUTION OF THE STATE OF ILLINOIS, CHAPTER 725 ILCS 5/108-1.

12. THAT ON JANUARY 31, 2007, BOTH CHICAGO POLICE OFFICERS MARTIN LEUENBERGER AND MELISSA MALM SEIZED $450.00 IN UNITED STATES CURRENCY WITHOUT A SEARCH WARRANT, PROBABLE CAUSE, OR ANY OTHER LEGAL JUSTIFICATION AND AS A DIRECT RESULT OF SAID OFFICERS POLICE MISCONDUCT THE PLAINTIFF HAS SUFFERED BOTH GREAT AND IRREPARABLE MENTAL AND EMOTIONAL INJURY.

13. THE SEARCH AND SEIZURE COMPLAINED OF ON JANUARY 31, 2007, WAS UNREASONABLE AND IN VIOLATION OF THE FOURTH AMENDMENT RIGHTS OF THE PLAINTIFF, AND AS SUCH, THE PLAINTIFF IS ENTITLED TO RECOVER ANY AND ALL UNITED STATES CURRENCY SEIZED THEREUNDER. FED. RULES CRIM. PROC. RULE 41(G), 18 U.S.C.A., IL. CONST. ART. 1 SEC. 12.

14. THAT CONTINUATION OF EVEN A LAWFUL ARREST VIOLATES THE FOURTH AMENDMENT WHEN POLICE DISCOVER ADDITIONAL FACTS DISSIPATING THEIR EARLIER PROBABLE CAUSE; THEREFORE, THE CONTINUATION OF THE PLAINTIFF'S UNLAWFUL ARREST AFTER BOTH CHICAGO POLICE OFFICERS MARTIN LEUENBERGER AND MELISSA MALM DISCOVERED THAT OFF-DUTY DEPUTY SHERRIFF JOHN VISVARDIS HAD SUBJECTED THE PLAINTIFF TO AN ILLEGAL STOP, ARREST, DETENTION, SEARCH, AND SEIZURE VIOLATED THE FOURTH AMENDMENT AND AS A DIRECT RESULT OF SAID OFFICERS POLICE MISCONDUCT THE PLAINTIFF HAS SUFFERED BOTH GREAT AND IRREPARABLE MENTAL AND EMOTIONAL INJURY.

15. THAT BOTH DEFENDANTS SHERRIFF TOM DART AND CHICAGO POLICE SUPERINTENDENT JODY WEIS AS WELL AS COOK COUNTY PROSECUTORS NOT ONLY LEARNED OF THE VIOLATION OF MY CONSTITUTIONAL RIGHTS AND FAILED TO DO ANYTHING TO FIX THE SITUATION BY RELEASING THE PLAINTIFF AND DISCIPLINING SAID OFFICERS. BUT ALSO CREATED A POLICY OR CUSTOM OF ALLOWING AND ENCOURAGING THE SAID ILLEGAL ACTS OF SAID OFFICERS BY INSTRUCTING THEM TO CONTINUE SAID UNLAWFUL ARREST AND DETENTION OF THE PLAINTIFF AND WAS GROSSLY NEGLIGENT IN MANAGING AND TRAINING THE PEOPLE THEY WAS SUPPOSED TO SUPERVISE. AND AS A DIRECT RESULT OF THEIR DELIBERATE INDIFFERENCE, GROSS NEGLIGENCE, AND POLICY OR CUSTOM OF ALLOWING AND ENCOURAGING THE CONTINUATION OF THE PLAINTIFF'S UNLAWFUL ARREST AND DETENTION. THE PLAINTIFF HAS SUFFERED BOTH GREAT AND IRREPARABLE MENTAL AND EMOTIONAL INJURY.

16. THAT DEFENDANT SHERIFF TOM DART CREATED A POLICY OR CUSTOM OF ALLOWING AND ENCOURAGING OFF-DUTY OFFICERS TO CARRY OR MAINTAIN A PISTOL AT ALL TIMES AND WAS GROSSLY NEGLIGENT IN HIS FAILURE TO ADEQUATELY TRAIN HIS OFFICERS NOT TO USE THE POWERS OF THEIR OFFICE WHILE OFF-DUTY TO USE THEIR FIREARMS TO EFFECTUATE AN ARREST OR TO MANAGE, SUPERVISE, AND DISCIPLINE HIS OFFICERS FOR SAID POLICE MISCONDUCT WHILE OFF-DUTY. AND AS A DIRECT RESULT OF HIS DELIBERATE INDIFFERENCE, GROSS NEGLIGENCE, AND POLICY OR CUSTOM OF ALLOWING AND ENCOURAGING OFF-DUTY OFFICERS TO CARRY OR MAINTAIN A PISTOL AT ALL TIMES THE PLAINTIFF HAS SUFFERED BOTH GREAT AND IRREPARABLE MENTAL AND EMOTIONAL INJURY.

## V. LEGAL CLAIMS (F)

17. PLAINTIFF REALLEGE AND INCORPORATE BY REFERENCE PARAGRAPHS 1-16.

18. THE WARRANTLESS ARREST, WARRANTLESS SEARCH AND SEIZURE OF THE PLAINTIFF'S PERSON AND UNITED STATES CURRENCY VIOLATED PLAINTIFF DARRYL JACKSON'S RIGHTS AND CONSTITUTED A FALSE ARREST, INVASION OF PRIVACY, UNREASONABLE SEARCH AND SEIZURE, AND A DUE PROCESS VIOLATION UNDER THE FOURTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND SECTION ONE, TWO, SIX, TEN, AND 24 OF ARTICLE 1 OF THE CONSTITUTION OF THE STATE OF ILLINOIS, CHAPTER 725 ILCS 5/108-1; 725 ILCS 5/107-4(A)(2)(3)(4)(A-3-2).

19. THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY RELIEF WHICH PLAINTIFF SEEKS.

# VI. PRAYER FOR RELIEF (G)

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT GRANTING PLAINTIFF:

20. A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES AND SECTION ONE, TWO, SIX, TEN, AND 24 OF ARTICLE 1 OF THE CONSTITUTION AND LAWS OF THE STATE OF ILLINOIS, CHAPTER 725 ILCS 5/108-1; 725 ILCS 5/107-4(a)(2)(3)(4)(A-3-2).

21. COMPENSATORY DAMAGES IN THE AMOUNT OF $50,000,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

22. PUNITIVE DAMAGES IN THE AMOUNT OF $10,000,000 AGAINST EACH DEFENDANT.

23. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY

24. PLAINTIFF'S COSTS IN THIS SUIT

25. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

DATE: 12-22-08

RESPECTFULLY SUBMITTED,

MR. DARRYL JACKSON
P.O. BOX 089002
CHICAGO, IL. 60608

VERIFICATION (H)

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE; THEREFORE, I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT CHICAGO, ILLINOIS ON 12-22-08

*Darryl Jackson*
SIGNATURE
MR. DARRYL JACKSON